**DEFENDANTS' EXHIBIT 7**

# Gmail

Larina Hintze <larinahintze@gmail.com>

## RE: Semester Wrap Up

**James,Christopher** <christopher.james@warrington.ufl.edu>       Tue, May 1, 2012 at 4:02 AM
To: Larina Hintze <larinahintze@gmail.com>

Keep the faith. You understand that the repayment of the advance is going right back in once we have the other funding set up. I think its important to let Kevin and the others know what the results are and that I insisted on repayment of the advance (the idea being is if they think there is any $ in TZ they will go after it). With that thought in mind, when structuring the buyout, pay off everyone prorate and then we'll but it back in. Otherwise I worry that the other investors will say why don't we split the payout among ourselves. What do you think?

**From:** Larina Hintze [mailto:larinahintze@gmail.com]
**Sent:** Monday, April 30, 2012 6:01 PM
**To:** James,Christopher; Greer,Creed C,III; Bphintze@bellsouth.net
**Subject:** Semester Wrap Up

As expected once we refund the CMJ payroll advance and then meet our own 5/1 payroll we have wiped out final revenues - we will have to defer some of our operating expenses.

We will hold the rent check specifically as we have about a $6k shortfall. We have some straggling revenue like an invoice out to Bill's Bookstore.

We will have to have everything worked out and funds in our account by 5/13/12 in order to make the next payroll. So that is our drop dead deadline.

Until then we just defer some bills and we will be fine - relatively speaking :-)

Reports are forthcoming.

L

Exhibit 7.page 1