FLNB Local Form 6

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

In Re:

MATTHEW BRUCE HINTZE, and                        Case No. 12-10462-KKS
LARINA K. HINTZE,

    Debtors.

_____          Chapter 7

JOHN SPENCE, SHEILA SPENCE, INTERMED          Adv. No. 13-01007-KKS
BIOMEDICAL SERVICES, INC., a Florida corporation,
DAVID WHITNEY, and FLH HOLDINGS OF FLORIDA,
LLC, a Florida limited liability company,

    Plaintiffs,

v.

MATTHEW BRUCE HINTZE, and
LARINA K. HINTZE,

    Defendants.

_____/

**PLAINTIFFS' EXHIBIT LIST FOR TRIAL**

| PRESIDING Judge<br>.Hon. Karen K. Specie | | | | | PLAINTIFFS' ATTORNEYS<br>Robert Wilcox, Esq.<br>Elizabeth Bowen, Esq. | DEFENDANTS' ATTORNEYS<br>Justin Luna, Esq.<br>Christina Taylor, Esq. |
|---|---|---|---|---|---|---|
| HEARING/TRIAL DATE(S)<br>October 8, 2015, February 3, 2016,<br>March 2, 2016, May 18-19, 2016 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
| 1 | | 10/08/15 | 10/08/15 | 2/3/16 | Hearing Transcript Case No.: 12-10462-KKS; Adv. No.: 13-01007-KKS; Date: Thursday, December 4, 2014. | |
| 2 | | 10/08/15 | 10/08/15 | 2/3/16 | Defendant's Privilege Log of 12/19/2014. | |
| 3 | | 10/08/15 | 10/08/15 | 2/3/16 | Defendant's Privilege Log of 1/5/2014. | |
| 4 | | 10/08/15 | 10/08/15 | 2/3/16 | Letter from Jeff Childers to Robert Wilcox dated January 5, 2015, Re: amended privilege log. | |
| 5 | | 10/08/15 | 10/08/15 | 2/3/16 | Letter from Elizabeth R.P. Bowen to Matthew & Larina Hintze dated July 3, 2015, Re: Deficiencies and Responses to Plaintiff's Discovery responses Spence et al v. Hintze, Adversary Proceeding No. 12-1008 | |
| 6 | | 10/08/15 | 10/08/15 | 2/3/16 | Declaration of Seldon J. Childers Case No: 12-10462-KKS, Adv. No.: 13-01007-KKS. Doc. 442-6; Filed 09/25/15. | |

FLNB Local Form 6

| # | | Date | Date | Date | Description |
|---|---|------|------|------|-------------|
| 7 | | 10/08/15 | 10/08/15 | 2/3/16 | Email Chain from 5/1/12 4:02 a.m. through 9/17/12 3:41:47 p.m. |
| 8 | | 10/08/15 | 10/08/15 | 2/3/16 | Intellectual Property Transfer Agreement of TutoringZone, LLC. |
| 9 | | 10/08/15 | 10/08/15 | 2/3/16 | Email Chain from 5/13/12 8:30:53 p.m. through 5/14/12 8:01 a.m. |
| 10 | | 10/08/15 | 10/08/15 | 2/3/16 | State of Florida Uniform Commercial Code Financing Statement Form Filed 2012 Jun 11 09:49 a.m. No.: 201206911415. |
| 11 | | 10/08/15 | 10/08/15 | 2/3/16 | TutoringZone LC Transaction Detail by Date January 1 through August 1, 2012. |
| 12 | | 10/08/15 | 10/08/15 | 2/3/16 | Intellectual Property Lease between TutoringZone, LLC and Chris James and Cynthia Frenchman; Date: May 22, 2012. |
| 13 | | 10/08/15 | 10/08/15 | 2/3/16 | Hearing Transcript Adv. No.: 13-01007-KKS; Date: January 7, 2015. |
| 14 | | 10/08/15 | 10/08/15 | 2/3/16 | Plaintiff John Spence's First Request for Admissions to Defendant Matthew B. Hintze; Case No.: 12-10462-KKS; Adv. No.: 13-01007-KKS. Doc. 442-14; Filed 09/25/15. |
| 15 | | 10/08/15 | 10/08/15 | 2/3/16 | Plaintiff David Whitney's First Request for Admissions to Defendant Matthew B. Hintze; Case No.: 12-10462-KKS; Adv. No.: 13-01007-KKS. Doc. 442-15; Filed 09/25/15. |
| 16 | | 10/08/15 | 10/08/15 | 2/3/16 | Email from Jennifer Hunt to Robert D Wilcox Cc: Jeffery Childers; Date: Wednesday, December 17, 2014 11:18 a.m.; Re: Spence v. Hintze–Discovery Follow Up. |
| 17 | | 10/08/15 | 10/08/15 | 2/3/16 | Hearing Transcript Adv. No.: 13-01007-KKS; Date: January 7, 2015. |
| 18 | | 02/03/16 and 03/02/16 | | 03/02/16 | Supplement to Comp. Exhibit 7 (supplemented 2/3/16 & 2/29/16, CE 1-361 as a result of ongoing production of documents, and subject to disputed items). |
| 19 | | 03/02/16 | | | Transcript of 1/4/13 Meeting of Creditors (cont'd) - Case No. 12-10462 |
| 20 | | 03/02/16 | | | Transcript of 3/6/13 Meeting of Creditors (cont'd) - Case No. 12-10462 |
| 21 | | 03/02/16 | | | Transcript of 4/15/13 - 2004 Exam in Case No. 12-10462 |
| 22 | | 03/02/16 | | | Transcript of 05/21/13 - 2004 Exam (cont'd) in Case No. 12-10462 (including exhibits). (Parties stipulated as to authenticity and admissibility). |
| 23 | | 03/02/16 | | | Deposition transcript of Christopher James (including Exhibits). (Parties stipulated as to authenticity and admissibility) ** |
| 24 | | 03/02/16 | | | Deposition transcript of Kevin Ogilby (including Exhibits). (Parties stipulated as to authenticity and admissibility) ** |
| 25 | | 03/02/16 | | | Deposition transcript of Larina Hintze (including Exhibits). (Parties stipulated as to authenticity and admissibility) ** |
| 26 | | 03/02/16 | | | Deposition transcript of Matthew Hintze (including Exhibits) (Parties stipulated as to authenticity and admissibility) ** |
| 27 | | 05/18/16 | | | Second Deposition transcript of Matthew Hintze (including Exhibits) |
| 28 | | 05/18/16 | | | Deposition transcript of Jon Aleman (including Exhibits) |
| 29 | | 05/18/16 | | | Deposition transcript of John Kavekos (including Exhibits) |
| 30 | | 05/18/16 | | | Deposition transcript of Alek Hartzog (including Exhibits) |
| 31 | | 05/18/16 | | | Deposition transcript of Paul Hintze (including Exhibits) |
| 32 | | 05/18/16 | | | Deposition transcript of Marc Schnoll (including Exhibits) |

FLNB Local Form 6

| 33 | 05/18/16 | | Deposition transcript of Seldon Childers (including Exhibits) |
| 34 | 05/18/16 | | Deposition transcript of Bruce Hintze (including Exhibits) |
| 35 | 05/18/16 | | Deposition transcript of Jason Pappas (including Exhibits)*** |
| 36 | 05/18/16 | | Composite Exhibit |
| 37 | 05/18/16 | | Claims Register and Selected Claims |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.
** Composite Exhibit 18 was also marked in the James and Hintze depositions as Exhibit 26 and 32, but those deposition exhibits will be excluded due to size and duplication with Composite Exhibit 18.
*** Transcript not available as of May 16, 2016

May 16, 2016              WILCOX LAW FIRM

                                */s/ Robert Wilcox*
Robert D. Wilcox
Florida Bar No.: 755168
Elizabeth R. P. Bowen
Florida Bar No. 97297
814 North Highway A1A
Suite 202
Ponte Vedra Beach, FL 32082
Telephone: (904) 405-1248
rw@wlflaw.com
eb@wlflaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed through the ECF system on May 16, 2016, which will provide a copy to all parties who have consented to such service, including Justin M. Luna, attorney for the Defendants.

                                /s/ **Robert Wilcox**
Robert D. Wilcox, Attorney