# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

In re:

MATTHEW BRUCE HINTZE &            Case No. 12-10462-KKS
LARINA K. HINTZE,                         Chapter: 7

    Debtors.
_____/

JOHN SPENCE, et al.                      Adv. No. 13-01007-KKS

    Plaintiffs,

v.

MATTHEW BRUCE HINTZE &
LARINA K. HINTZE,

    Defendants.
_____/

## FINAL JUDGMENT FOR PLAINTIFFS ON COUNT VIII OF COMPLAINT

For the reasons set forth in the *Findings of Fact, Conclusions of Law and Memorandum Opinion in Support of Final Judgment for Plaintiffs on Count VIII of Complaint* (Doc. 915), it is ORDERED:

1. Final Judgment is entered for Plaintiffs and against Defendants on Count VIII of the Complaint. Defendants' discharges are DENIED, pursuant to 11 U.S.C. § 727(a)(2)(A).

2. The Court previously ruled that Plaintiffs are entitled to sanctions for discovery abuses (Docs. 531 & 758). Plaintiffs have through January 26, 2017 within which to submit records in support of the amounts requested as sanctions (Doc. 912). The Court reserves jurisdiction to supplement this Final Judgment to include the sanctions award, once the amount of sanctions is determined.

3. Plaintiffs have requested the Court to liquidate the amounts due under their promissory notes, including attorneys' fees, as part of this Final Judgment (Doc. 866). Defendants oppose that relief. The parties have briefed the issue. The Court reserves jurisdiction to rule on this issue, and on any other pending matters in this adversary proceeding.

4. The Court will enter an order denying Defendants' discharges in administrative case No.: 12-10462 and the Clerk shall promptly notify all parties in interest pursuant to Fed. R. Bankr. P. 4006.

DONE AND ORDERED ON __January 13, 2017_____.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

cc: all parties in interest